IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALKER D. BOWEN, as the administrator of the estate of TERRANCE DESMOND BOWEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL HUMPHREY, DOUG UNDERWOOD, ANTHONY BROOKINS, CAGER EDWARD DAVIS, and BRUCE REX SCHOOLCRAFT, D.O., in their individual capacities,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:13-CV-256 (MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is the Plaintiff's motion for leave to file an amended complaint. (Doc. 48). A party may amend its pleading with leave of the court, which should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). Consequently, the Plaintiff's motion is **GRANTED**.[1] The Plaintiff is instructed to promptly file as his amended complaint the exhibit (Doc. 48-1) attached to his motion.

Because the Plaintiff's amended complaint supersedes his original complaint, the Defendants' motions to dismiss (Doc. 11; Doc. 14) his original complaint are **DENIED as moot**. Upon the filing of the Plaintiff's amended complaint, the Defendants may file a responsive motion or pleading within the time provided by the Federal Rules of Civil Procedure.

---

[1] The Plaintiff's motion to withdraw (Doc. 46) his previous attempt to amend his complaint is also **GRANTED**. Accordingly, Doc. 43 is withdrawn.

**SO ORDERED**, this 3rd day of February, 2014.

                                                    <u>S/ Marc T. Treadwell</u>
                                                    MARC T. TREADWELL, JUDGE
                                                    UNITED STATES DISTRICT COURT