IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WALKER D. BOWEN, as the administrator of the estate of TERRANCE DESMOND BOWEN, <br><br>  Plaintiff, <br><br>  v. <br><br> CARL HUMPHREY, DOUG UNDERWOOD, ANTHONY BROOKINS, CAGER EDWARD DAVIS, and BRUCE REX SCHOOLCRAFT, D.O., in their individual capacities, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 5:13-CV-256 (MTT) |

## ORDER

The Plaintiff has amended his complaint in accordance with the Court's August 7, 2014 order.  Consequently, the state Defendants' motion to dismiss (Doc. 53) is **DENIED as moot**.  The state Defendants may file an answer or move to dismiss the Plaintiff's amended complaint (Doc. 83) as provided by the Federal Rules of Civil Procedure.

The state Defendants' motion to stay discovery (Doc. 81) is **GRANTED**, and discovery in this case is stayed as to all Parties until further notice.  The Department of Corrections's motion to quash subpoena (Doc. 42) is **DENIED as moot**.

**SO ORDERED**, this 22nd day of August, 2014.

                                             S/ Marc T. Treadwell
                                             MARC T. TREADWELL, JUDGE
                                             UNITED STATES DISTRICT COURT