**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WALKER D. BOWEN, as the administrator of the estate of TERRANCE DESMOND BOWEN,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO. 5:13-CV-256 (MTT)** |
| **BRUCE REX SCHOOLCRAFT, D.O.,** | ) ) | |
| **Defendant.** | ) ) | |

## ORDER

The Defendant has moved to strike the Plaintiff's expert Kenneth Tardiff for failure to comply with Fed. R. Civ. P. 26(a)(2)(B) and for sanctions pursuant to Fed. R. Civ. P. 37(c)(1)(A), specifically the cost of attorney's fees, for having to bring this motion.  (Doc. 106).  Counsel for the Plaintiff has sent a letter to counsel for the Defendant stating that the Plaintiff has withdrawn this expert witness.  (Doc. 137-3). Accordingly, the Defendant's motion to strike is **DENIED as moot**.  The Defendant's motion for sanctions is also **DENIED**.

**SO ORDERED**, this 16th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT